# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
MARY E. BASS,                           )
                                        )
        Plaintiff,                      )
                                        )
            v.                          )        Case No. 1:06CV01345
                                        )
SHEILA C. BAIR,                         )
Chairman,                               )
Federal Deposit Insurance Corporation,  )
                                        )
        Defendant.                      )
_____)

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss Plaintiff's

Complaint, the opposition thereto, the reply, and the entire record herein, it is this _____

day of _____, 2006,

        ORDERED that Defendant's Motion is hereby GRANTED, and it is further

        ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.


                                        _____
                                        GLADYS KESSLER
                                        UNITED STATES DISTRICT JUDGE