UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. BASS, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 1:06cv01345 |
| SHEILA C. BAIR, Chairwoman, Federal Deposit Insurance Corporation, | ) |
|         Defendant. | ) |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The parties respectfully request an enlargement of the briefing schedule. Plaintiff's opposition brief is currently due Monday, October 2, 2006. Plaintiff requests an additional four days, to and including, Friday, October 6, 2006, in which to respond to defendant's motion to dismiss. Defendant requests an additional five days, to and including October 18, 2006, in which to file a reply in support of her motion.

Respectfully submitted,

_____       _____
Barbara Sarshik      David H. Shapiro
D.C. Bar No. 943605      D.C. Bar No. 961326
Counsel, Legal Division      SWICK & SHAPIRO, P.C.
Federal Deposition Insurance Corporation      1225 Eye Street, N.W.
3501 N. Fairfax Drive (VS-E6012)      Suite 1290
Arlington, VA  22226      Washington, D.C.  20005
(703) 562-2309      (202) 842-0300
FAX (703) 562-2482      FAX (202) 842-1418
     email -- dhshapiro@swickandshapiro.com

William S. Jones      Attorney for Plaintiff
Georgia Bar No. 404288
Counsel, Legal Division
Federal Deposition Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA  22226
(703) 562-2362
FAX (703) 562-2482