UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. BASS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06CV01345 |
| SHEILA C. BAIR, Chairman, Federal Deposit Insurance Corporation, | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss Plaintiff's Complaint, the opposition thereto, the reply, *the applicable caselaw,* and the entire record herein, it is this 15th day of Nov, 2006,

ORDERED that Defendant's Motion is hereby ~~GRANTED, and it is further~~ *denied.*

~~ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.~~

~~SO ORDERED.~~

/s/ Gladys Kessler
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE