UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY E. BASS,** )<br>)<br>    **Plaintiff,** )<br>)<br>        v. )<br>)<br>**SHEILA C. BAIR,** )<br>**Chairman,** )<br>**Federal Deposit Insurance Corporation,** )<br>)<br>    **Defendant.** )<br>) | Case No. 1:06CV01345 |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, the opposition thereto, the reply, and the entire record herein, it is this _____ day of _____, 200\_,

ORDERED that Defendant's Motion is hereby GRANTED, and it is further

ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to comply with the statute of limitations.

SO ORDERED.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE