# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **MARY E. BASS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 1:06CV01345 (GK)** |
| | ) |
| **SHEILA C. BAIR,** | ) |
| **Chairwoman,** | ) |
| **Federal Deposit Insurance Corporation,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

_____ )

### PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully moves this honorable Court for an enlargement of time up to and including January 16, 2007 in which to file her opposition to defendant's Motion for Summary Judgment. Plaintiff's reply is currently due January 2, 2007.

The requested additional time is needed because plaintiff's counsel will be out of the office due to the holidays. In addition, plaintiff's counsel has been inundated with the press of other business, including the filing of briefs in *Koch v. Cox*, Appeal No. 06-5134 and *Roberson v. Bair*, CA No. 06-0282, thus making a response by January 2, 2007 impossible.

Counsel for defendant FDIC indicated that defendant consents to the enlargement of time sought in this motion.

Respectfully submitted,


_____/S/_____
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff