**FDIC**
Federal Deposit Insurance Corporation
Room 801-1236, 3501 N. Fairfax Drive, Arlington, VA 22226-3500                Office of Diversity and Economic Opportunity

# RIGHTS AND RESPONSIBILITIES OF INDIVIDUALS IN THE EEO PROCESS

Agency Docket Number: FDICEO-050030

In accordance with EEOC regulations at 29 C.F.R. part 1614 and FDIC Circulars 2710.2 and 2710.4, your rights and responsibilities in the EEO counseling process are as follows:

1. If you believe that you have been discriminated against on the basis of race, color, age (40 or older), religion, sex (including sexual harassment), national origin, disability (physical or mental), or sexual orientation, or that you have been retaliated against for engaging in EEO activity, you must contact an Equal Employment Opportunity ("EEO") counselor within 45 calendar days of the date of the alleged discriminatory incident. However, if the discriminatory incident is a personnel action, then you must contact an EEO counselor within 45 calendar days of the effective date of the personnel action. You must contact an EEO counselor within 45 calendar days of the date that you knew or reasonably should have known of the alleged discriminatory incident or personnel action.

2. You have the right to remain anonymous during the informal EEO counseling process, unless you waive this right or if you elect to participate in the FDIC Mediation Program.

3. You have the right to representation throughout the complaint process, including at the EEO counseling stage. If you retain an attorney or any other person to represent you, you or your representative <u>must</u> provide written notification to the FDIC, and to the EEOC, if a formal complaint is also before the EEOC. (Designation of Representative form is attached for your use.) The EEO Counselor is not an advocate for either you or the Agency, but acts strictly as a neutral in the EEO process.

4. You have the right to seek resolution of your claim through either the EEO counseling process or the FDIC Mediation Program, but not both. <u>Your election is final.</u>

5. If you elect to resolve your claim through the EEO counseling process, the EEO counselor has thirty (30) calendar days from the date of initial contact with the Office of Diversity and Economic Opportunity ("ODEO") to conduct an inquiry and attempt to resolve your claim. If your claim is not resolved within thirty (30) calendar days from the date of initial contact with ODEO, then you have the right to elect to continue or end the EEO counseling. If EEO counseling is continued, then a written and signed agreement to extend counseling for up to an additional sixty (60) calendar days will be executed. If EEO counseling is terminated, then a Notice of Right to File a Formal Discrimination Complaint ("NRTF") will be issued.

Revised 6/2001

## MEDIATION

6. If you elect to participate in the FDIC Mediation Program during the informal stage of the EEO process, you must complete and sign the "Agreement to Mediate and Extend EEO Counseling" form. If this form is not completed and returned within five (5) calendar days from the date of the initial interview, then EEO Counseling will be conducted. If your claim is not resolved, **the NRTF will be issued at the completion of the mediation or within ninety (90) calendar days of the initial date of contact with ODEO, whichever comes first.** The issuance of the NRTF does not preclude you from continuing to pursue resolution of your claims through the FDIC Mediation Program. In addition, your election to participate in the FDIC Mediation Program does not preclude you from pursuing your claim through the administrative formal discrimination complaint process. Additional information about the FDIC Mediation Program is available in the pamphlet titled "FDIC Mediation Alternatives in the EEO Complaint Resolution Process."

7. If you elect to participate in the FDIC Mediation Program at the formal discrimination complaint stage, you must complete and sign the "Agreement to Mediate Formal Complaint" form. Your election to participate in the FDIC Mediation Program will not preclude you from continuing to pursue your claim through the administrative formal discrimination complaint process. If resolution is not reached through the FDIC Mediation Program, you may also elect to have a hearing before an EEOC Administrative Judge or a Final Agency Decision without a hearing. Additional information about the FDIC Mediation Program is available in the pamphlet titled "FDIC Mediation Alternatives in the EEO Complaint Resolution Process."

\* \* \* \* \* \*

8. You must be provided a written NRTF before you can file a formal complaint. **A formal complaint must be filed within 15 calendar days of receiving the NRTF.** The NRTF will provide specific instructions relating to the filing of a formal complaint.

9. Only those claims raised at the EEO counseling stage or claims that are like or related to those that were raised at the EEO counseling stage may be the subject of a formal complaint. If you file two or more formal complaints, the FDIC must consolidate them for processing after providing you with notice of its intent to do so.

10. If you are a bargaining unit employee, you have the right to pursue your claim under either the negotiated grievance procedure or the EEO complaint procedure, but not both. An election to proceed under FDIC's administrative EEO complaint process is indicated only by the filing of a written formal complaint in the manner described in the NRTF; use of the informal EEO counseling process does not constitute an election to proceed in the EEO forum.

11. <u>Mixed Case</u>.  If your claim is appealable to the Merit Systems Protection Board ("MSPB"), then you have the right to file a mixed case complaint with ODEO or a mixed case appeal with MSPB, but not both.  In a mixed case complaint, the investigation and final agency decision must be completed within 120 calendar days from the filing date of the complaint.  The timeframe for filing a MSPB appeal is no later than 30 days after the effective date, if any, of the action being repealed, or 30 days after the dated of the receipt of the agency's decision.

12. <u>Age Discrimination</u>.  You have the right to file a Notice of Intent to Sue when age is alleged as a basis for discrimination, and the right to file a civil lawsuit under the Age Discrimination in Employment Act instead of an administrative age discrimination complaint pursuant to 29 C.F.R. § 1614.201(a).

13. <u>Equal Pay Act</u>.  You have the right to go directly to U.S. District Court on claims of sex-based wage discrimination under the Equal Pay Act even though such claims are cognizable under Title VII.

14. Once the claim(s) in your formal complaint is identified and accepted, the FDIC will investigate the alleged discriminatory claim(s).  The investigation of your formal complaint is to be completed within 180 calendar days from the filing date of your formal complaint, unless there is a written agreement to an extension of not more than an additional ninety (90) calendar days.  Where a formal complaint has been consolidated with one or more earlier complaints, the FDIC is to complete the investigation within the earlier of 180 calendar days after the filing of the last complaint or 360 calendar days of the filing of the first complaint.

15. Once the investigation of your claim(s) is completed, you have the right to participate in the FDIC Mediation Program at the formal complaint stage, request a hearing before an EEOC Administrative Judge (except in a mixed case complaint or a case alleging discrimination based on sexual orientation), or request a Final Agency Decision without a hearing.

16. You may also request a hearing before an EEOC Administrative Judge (except in a mixed case complaint or a case alleging discrimination based on sexual orientation) after 180 calendar days from the filing date of a formal complaint or within 30 days of receiving the completed report of the investigation, whichever comes first.  Where two or more formal complaints have been consolidated, you may request a hearing before an EEOC Administrative Judge at any time after 180 calendar days of the filing of the first formal complaint.  Your request for a hearing <u>MUST</u> be submitted to the EEOC District Office listed below:

   EEOC
   1400 L Street, N.W, Suite 200
   Washington, D.C.  20005
   Telephone Number (202) 275-7518

17. You MUST also send a copy of your hearing request to the FDIC, and certify to the EEOC that a copy of the hearing request was sent to the FDIC. Your correspondence to the FDIC must be addressed to the following Agency Official:

> FEDERAL DEPOSIT INSURANCE CORPORATION
> OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
> ATTN: MICHAEL P. MORAN, CHIEF
> COMPLAINTS PROCESSING BRANCH
> ROOM 801-1232
> 3501 N. FAIRFAX DRIVE
> ARLINGTON, VA 22226-3500

18. You have the right to a Final Agency Decision without a hearing after an investigation is completed in accordance with 29 C.F.R. § 1614.108.

19. You have the right to go to U.S. District Court 180 calendar days after filing a formal discrimination complaint or 180 calendar days after filing an administrative appeal with EEOC, if no final decision has been rendered by the FDIC or EEOC.

## CLASS

20. If you are seeking EEO counseling as a class agent or representative, you must inform the EEO counselor of this and clearly indicate that you intend to file a class complaint. As with individual EEO counseling, you must seek counseling within 45 days of the alleged discriminatory event; if a personnel action, within 45 calendar days of the effective date of the personnel action; or within 45 calendar days of the date that you knew or reasonably should have known of the alleged discriminatory event or personnel action.

21. If class EEO counseling is not completed within thirty (30) calendar days from the date of initial contact, the counseling period may be extended up to an additional sixty (60) calendar days. A class complaint must be signed by the class agent or class representative and must identify the policy or practice adversely affecting the class as well as the specific action or policy affecting the class agent. 29 C.F.R. § 1614.204(c)(1). Within thirty (30) days of the FDIC's receipt of a class complaint, the FDIC will designate an Agency Representative and forward the class complaint with a copy of the EEO Counselor's Report and other relevant information to the EEOC. 29 C.F.R. § 1614.204(d)(1). The EEOC will certify or dismiss the class complaint.

\* \* \* \* \* \*

22. It is your duty and responsibility to keep the FDIC and the EEOC informed of your current mailing address and to serve copies of hearing requests and appeal papers on the FDIC to the Agency official indicated in paragraph 17.

23. It is your duty to mitigate damages. For example, interim earnings or amounts that you could earn from another job must, as a general rule, be deducted from an award of back pay.

24. Your rejection of an offer of resolution made by the FDIC pursuant to 29 C.F.R. § 1614.109(c) may limit the amount of attorneys' fees or costs that you can recover.

If you have any questions regarding the administrative discrimination complaint process, you may contact any FDIC EEO Counselor or call the FDIC Office of Diversity and Economic Opportunity at (202) 416-4000 for assistance.

Mary Elizabeth Bass
Name of Aggrieved

*/s/ Mary Elizabeth Bass*  2/11/05
Signature of Aggrieved         Date Received

**FDIC**
**Federal Deposit Insurance Corporation**
Room 801-1231, 3501 N. Fairfax Drive, Arlington, VA 22226-3500          Office of Diversity and Economic Opportunity

# DESIGNATION OF REPRESENTATIVE[1]
## Agency Docket Number FDICEO-

I, Mary Elizabeth Bass, hereby designate the individual listed below to serve as my representative in all matters pertaining to my discrimination claim(s) against the Federal Deposit Insurance Corporation.

Name of Representative: _Mary Elizabeth Bass_
Address: _5941 Norham Drive_
_Alexandria, VA 22315_
Telephone Number: _(202) 942-3243 or (703) 313-7691_
Facsimile Number: _(703) 812-1007_
E-Mail Address: _Mbass@FDIC.Gov_

I understand that the authority and responsibility granted to the above person by this designation may be terminated by me at any time. If this should occur, I will notify, in writing, the EEO Counselor, as indicated below:

FEDERAL DEPOSIT INSURANCE CORPORATION
OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
ATTN: OPHELIA JONES, EEO COUNSELOR
ROOM 801-1235
3501 NORTH FAIRFAX DRIVE
ARLINGTON, VA 22226-3500
Facsimile Number: (202) 416-2520

Although my representative may act for me in all matters pertaining to my discrimination claims, I understand that in the event I withdraw my claim during the EEO process or reach a settlement with the Federal Deposit Insurance Corporation, I must personally sign any withdrawal notice or settlement agreement.

Please sign, date, and return this form to the EEO Counselor via mail to the address indicated above or via facsimile transmission to (202) 416-2520.

_Mary Elizabeth Bass_                                    _2/11/05_
Signature of Aggrieved Person                              Date

---

[1] All official correspondence will be sent to the above designated representative, with copies to Aggrieved Person, unless Aggrieved Person directs the FDIC in writing to send official correspondence directly to him or her. 29 C.F.R. § 1614.605(d).

**FDIC**
Federal Deposit Insurance Corporation
Room 801-1236, 3501 N. Fairfax Drive, Arlington, VA 22226-3500          Office of Diversity and Economic Opportunity

# RIGHTS AND RESPONSIBILITIES OF INDIVIDUALS IN THE EEO PROCESS

Agency Docket Number: FDICEO-050030

In accordance with EEOC regulations at 29 C.F.R. part 1614 and FDIC Circulars 2710.2 and 2710.4, your rights and responsibilities in the EEO counseling process are as follows:

1. If you believe that you have been discriminated against on the basis of race, color, age (40 or older), religion, sex (including sexual harassment), national origin, disability (physical or mental), or sexual orientation, or that you have been retaliated against for engaging in EEO activity, you must contact an Equal Employment Opportunity ("EEO") counselor within 45 calendar days of the date of the alleged discriminatory incident. However, if the discriminatory incident is a personnel action, then you must contact an EEO counselor within 45 calendar days of the effective date of the personnel action. You must contact an EEO counselor within 45 calendar days of the date that you knew or reasonably should have known of the alleged discriminatory incident or personnel action.

2. You have the right to remain anonymous during the informal EEO counseling process, unless you waive this right or if you elect to participate in the FDIC Mediation Program.

3. You have the right to representation throughout the complaint process, including at the EEO counseling stage. If you retain an attorney or any other person to represent you, you or your representative <u>must</u> provide written notification to the FDIC, and to the EEOC, if a formal complaint is also before the EEOC. (Designation of Representative form is attached for your use.) The EEO Counselor is not an advocate for either you or the Agency, but acts strictly as a neutral in the EEO process.

4. You have the right to seek resolution of your claim through either the EEO counseling process or the FDIC Mediation Program, but not both. <u>Your election is final.</u>

5. If you elect to resolve your claim through the EEO counseling process, the EEO counselor has thirty (30) calendar days from the date of initial contact with the Office of Diversity and Economic Opportunity ("ODEO") to conduct an inquiry and attempt to resolve your claim. If your claim is not resolved within thirty (30) calendar days from the date of initial contact with ODEO, then you have the right to elect to continue or end the EEO counseling. If EEO counseling is continued, then a written and signed agreement to extend counseling for up to an additional sixty (60) calendar days will be executed. If EEO counseling is terminated, then a Notice of Right to File a Formal Discrimination Complaint ("NRTF") will be issued.

## MEDIATION

6. If you elect to participate in the FDIC Mediation Program during the informal stage of the EEO process, you must complete and sign the "Agreement to Mediate and Extend EEO Counseling" form. If this form is not completed and returned within five (5) calendar days from the date of the initial interview, then EEO Counseling will be conducted. If your claim is not resolved, **the NRTF will be issued at the completion of the mediation or within ninety (90) calendar days of the initial date of contact with ODEO, whichever comes first.** The issuance of the NRTF does not preclude you from continuing to pursue resolution of your claims through the FDIC Mediation Program. In addition, your election to participate in the FDIC Mediation Program does not preclude you from pursuing your claim through the administrative formal discrimination complaint process. Additional information about the FDIC Mediation Program is available in the pamphlet titled "FDIC Mediation Alternatives in the EEO Complaint Resolution Process."

7. If you elect to participate in the FDIC Mediation Program at the formal discrimination complaint stage, you must complete and sign the "Agreement to Mediate Formal Complaint" form. Your election to participate in the FDIC Mediation Program will not preclude you from continuing to pursue your claim through the administrative formal discrimination complaint process. If resolution is not reached through the FDIC Mediation Program, you may also elect to have a hearing before an EEOC Administrative Judge or a Final Agency Decision without a hearing. Additional information about the FDIC Mediation Program is available in the pamphlet titled "FDIC Mediation Alternatives in the EEO Complaint Resolution Process."

\* \* \* \* \* \*

8. You must be provided a written NRTF before you can file a formal complaint. **A formal complaint must be filed within 15 calendar days of receiving the NRTF.** The NRTF will provide specific instructions relating to the filing of a formal complaint.

9. Only those claims raised at the EEO counseling stage or claims that are like or related to those that were raised at the EEO counseling stage may be the subject of a formal complaint. If you file two or more formal complaints, the FDIC must consolidate them for processing after providing you with notice of its intent to do so.

10. If you are a bargaining unit employee, you have the right to pursue your claim under either the negotiated grievance procedure or the EEO complaint procedure, but not both. An election to proceed under FDIC's administrative EEO complaint process is indicated only by the filing of a written formal complaint in the manner described in the NRTF; use of the informal EEO counseling process does not constitute an election to proceed in the EEO forum.

11. <u>Mixed Case</u>. If your claim is appealable to the Merit Systems Protection Board ("MSPB"), then you have the right to file a mixed case complaint with ODEO or a mixed case appeal with MSPB, but not both. In a mixed case complaint, the investigation and final agency decision must be completed within 120 calendar days from the filing date of the complaint. The timeframe for filing a MSPB appeal is no later than 30 days after the effective date, if any, of the action being repealed, or 30 days after the dated of the receipt of the agency's decision.

12. <u>Age Discrimination</u>. You have the right to file a Notice of Intent to Sue when age is alleged as a basis for discrimination, and the right to file a civil lawsuit under the Age Discrimination in Employment Act instead of an administrative age discrimination complaint pursuant to 29 C.F.R. § 1614.201(a).

13. <u>Equal Pay Act</u>. You have the right to go directly to U.S. District Court on claims of sex-based wage discrimination under the Equal Pay Act even though such claims are cognizable under Title VII.

14. Once the claim(s) in your formal complaint is identified and accepted, the FDIC will investigate the alleged discriminatory claim(s). The investigation of your formal complaint is to be completed within 180 calendar days from the filing date of your formal complaint, unless there is a written agreement to an extension of not more than an additional ninety (90) calendar days. Where a formal complaint has been consolidated with one or more earlier complaints, the FDIC is to complete the investigation within the earlier of 180 calendar days after the filing of the last complaint or 360 calendar days of the filing of the first complaint.

15. Once the investigation of your claim(s) is completed, you have the right to participate in the FDIC Mediation Program at the formal complaint stage, request a hearing before an EEOC Administrative Judge (except in a mixed case complaint or a case alleging discrimination based on sexual orientation), or request a Final Agency Decision without a hearing.

16. You may also request a hearing before an EEOC Administrative Judge (except in a mixed case complaint or a case alleging discrimination based on sexual orientation) after 180 calendar days from the filing date of a formal complaint or within 30 days of receiving the completed report of the investigation, whichever comes first. Where two or more formal complaints have been consolidated, you may request a hearing before an EEOC Administrative Judge at any time after 180 calendar days of the filing of the first formal complaint. Your request for a hearing <u>MUST</u> be submitted to the EEOC District Office listed below:

       EEOC
       1400 L Street, N.W, Suite 200
       Washington, D.C. 20005
       Telephone Number (202) 275-7518

17. You MUST also send a copy of your hearing request to the FDIC, and certify to the EEOC that a copy of the hearing request was sent to the FDIC. Your correspondence to the FDIC must be addressed to the following Agency Official:

> FEDERAL DEPOSIT INSURANCE CORPORATION
> OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
> ATTN: MICHAEL P. MORAN, CHIEF
> COMPLAINTS PROCESSING BRANCH
> ROOM 801-1232
> 3501 N. FAIRFAX DRIVE
> ARLINGTON, VA 22226-3500

18. You have the right to a Final Agency Decision without a hearing after an investigation is completed in accordance with 29 C.F.R. § 1614.108.

19. You have the right to go to U.S. District Court 180 calendar days after filing a formal discrimination complaint or 180 calendar days after filing an administrative appeal with EEOC, if no final decision has been rendered by the FDIC or EEOC.

## CLASS

20. If you are seeking EEO counseling as a class agent or representative, you must inform the EEO counselor of this and clearly indicate that you intend to file a class complaint. As with individual EEO counseling, you must seek counseling within 45 days of the alleged discriminatory event; if a personnel action, within 45 calendar days of the effective date of the personnel action; or within 45 calendar days of the date that you knew or reasonably should have known of the alleged discriminatory event or personnel action.

21. If class EEO counseling is not completed within thirty (30) calendar days from the date of initial contact, the counseling period may be extended up to an additional sixty (60) calendar days. A class complaint must be signed by the class agent or class representative and must identify the policy or practice adversely affecting the class as well as the specific action or policy affecting the class agent. 29 C.F.R. § 1614.204(c)(1). Within thirty (30) days of the FDIC's receipt of a class complaint, the FDIC will designate an Agency Representative and forward the class complaint with a copy of the EEO Counselor's Report and other relevant information to the EEOC. 29 C.F.R. § 1614.204(d)(1). The EEOC will certify or dismiss the class complaint.

\* \* \* \* \* \*

22. It is your duty and responsibility to keep the FDIC and the EEOC informed of your current mailing address and to serve copies of hearing requests and appeal papers on the FDIC to the Agency official indicated in paragraph 17.

23. It is your duty to mitigate damages. For example, interim earnings or amounts that you could earn from another job must, as a general rule, be deducted from an award of back pay.

24. Your rejection of an offer of resolution made by the FDIC pursuant to 29 C.F.R. § 1614.109(c) may limit the amount of attorneys' fees or costs that you can recover.

If you have any questions regarding the administrative discrimination complaint process, you may contact any FDIC EEO Counselor or call the FDIC Office of Diversity and Economic Opportunity at (202) 416-4000 for assistance.

__Mary Elizabeth Bass__
Name of Aggrieved

_[signature: Mary Elizabeth Bass]_   _2/11/05_
Signature of Aggrieved                Date Received