**FDIC**

**Federal Deposit Insurance Corporation**
Room 801-1231, 3501 N. Fairfax Drive, Arlington, VA 22226-3500          Office of Diversity and Economic Opportunity

February 25, 2005

<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>
# 7000 1670 0000 0943 7752

Mary Elizabeth Bass
5941 Norham Drive
Alexandria, Virginia 22315

RE: FDICEO-050030

SUBJECT:   <u>Notice of Right to File a Formal Discrimination Complaint</u>

Dear Ms. Bass:

On February 25, 2005, I conducted the final counseling interview with you. As we discussed, I am issuing this Notice of Right to File a Formal Discrimination Complaint ("NRTF") because the claim you brought to my attention were not resolved within the thirty (30) calendar day informal Equal Employment Opportunity ("EEO") counseling period. <u>See</u> 29 C.F.R. § 1614.105.

On February 7, 2005, you elected to pursue resolution of your claim through the EEO Counseling Procedure. The claim has not been resolved to your satisfaction, and you may now file a formal discrimination complaint based on race, color, religion, sex, sexual orientation, genetic information, parental status, national origin, physical or mental disability, age, and/or reprisal.

Your formal discrimination complaint must be in writing, signed, and filed **within fifteen (15) calendar days** from the date you receive this Notice. You may complete the enclosed FDIC Complaint Discrimination Form (FDIC 2710/01). If you elect to use the enclosed FDIC Complaint Discrimination Form, please provide all the information requested, sign and submit the completed form by mail or delivery in-person to any of the following Agency officials authorized to receive formal discrimination complaints:

>   FEDERAL DEPOSIT INSURANCE CORPORATION
>   ATTN: DONALD POWELL, CHAIRMAN
>   550 17TH STREET, NW
>   WASHINGTON, DC 20429-0002

                              Or

Revised 4/2002

*Received 3/7/05 MB*

NRTF – Bass
February 25, 2005

        FEDERAL DEPOSIT INSURANCE CORPORATION
        OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
        ATTN: D. MICHAEL COLLINS, DIRECTOR
        ROOM 801-1201
        3501 N. FAIRFAX DRIVE
        ARLINGTON, VA  22226-3500

                or

        FEDERAL DEPOSIT INSURANCE CORPORATION
        OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
        ATTN: MICHAEL P. MORAN
        CHIEF COMPLAINTS PROCESSING BRANCH
        ROOM 801-1232
        3501 N. FAIRFAX DRIVE
        ARLINGTON, VA  22226-3500

In addition, if you mail a formal complaint, please send a copy of the complaint and any related documents and correspondence by facsimile to (202) 416-4295. Since the middle of September 2001, mail delivery to federal agencies in the Washington, DC area has been delayed due to concern about anthrax contamination. Given the unprecedented and unpredictable circumstances affecting the mail system at this time, we appreciate your assistance in insuring timely receipt of these important documents by submitting copies of all mailed materials by facsimile.

A formal discrimination complaint is deemed timely if it is received by facsimile or postmarked before the expiration of the 15-day filing period. If you do not send a copy of the formal complaint via facsimile and the postmark is not legible, it will be deemed timely if it is received by mail within five (5) calendar days of the expiration of the filing period.

Your formal discrimination complaint must be specific and contain only the claim(s) that you discussed with me, or that are like or related to the claims that you discussed with me. If your formal complaint includes a claim/claims that you have not previously discussed with me, you may be referred back to EEO counseling on any claim(s) that is/are not like or related to the claims for which you already received counseling.

Your formal discrimination complaint must also state whether you have filed a grievance under a negotiated grievance procedure, or an appeal to the Merit Systems Protection Board on the same claims.

If you retain an attorney, or any other person to represent you, you must immediately notify ODEO in writing. A Designation of Representative form is enclosed for your use. You must

Revised 4/2002

NRTF – Bass
February 25, 2005

2

also inform ODEO of your current mailing address if it changes at any time throughout the processing of your formal discrimination complaint.

Additional information about the formal discrimination complaint process is contained in the enclosed Rights and Responsibilities of Individuals in the EEO Counseling Process. If you have any questions, please contact Susan Berman, Chief, Informal Cases Processing Section, at (202) 416-2148 or Mike Moran, Chief, Complaints Processing Branch at (202) 416-2014.

Sincerely,

Ophelia Jones
EEO Counselor

Enclosures:

FDIC Formal Discrimination Complaint Form
Designation of Representative Form
Rights and Responsibilities of Individuals in the EEO Process Enclosures

3

Revised 4/2002