VIA FAX TO:

Mr. D. Michael Collins, Director, ODEO
FAX NO.: 202/416-4295

March 11, 2005

5941 Norham Drive
Alexandria, VA 22315
(703) 313-7691

Federal Deposit Insurance Corporation
ATTN: Donald Powell, Chairman
550 17th Street, NW,
Washington, DC 20429-0002

RE:  Mary E. Bass – Formal Complaint of Discrimination

Dear Chairman Powell:

Enclosed please find my Formal Complaint of Discrimination. I am requesting that the FDIC please provide me with a copy of my EEO Counselor's Report and to please keep me informed of all developments in this case.

Sincerely,

*[signature]*

Ms. Mary E. Bass

Enclosures

cc: D. Michael Collins, Director, ODEO

Name (Print): Lorraine Dennison
Signature: *[signature]*
Receipt Date: 3/11/05

Federal Deposit Insurance Corporation
# FORMAL COMPLAINT OF DISCRIMINATION
Agency Docket Number FDICEO-050030

Note: This form is to be used if you believe you have been discriminated against because of race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic Information. Read carefully the instructions of page 3 of this form prior to completion.

| Name of Complainant (Last, First, MI) | Position (Job Title/ Pay Plan/ Series/ Grade) | Individual ☒  Class ☐ (Check type of complaint) |
|---|---|---|
| Bass, Mary E. | Supervisory Contract Specialist - 1102 - CM-1 | |

| Home Address (Number Street, City, State, Zip Code) | |
|---|---|
| 5941 Norham Drive, Alexandria, VA 22315 | Home Phone: 703/313-7691 |
| | Work Phone: 202/942-3243 |
| | Fax Number: 703/812-1007 |
| | E-mail Address: Mbass@FDIC.GOV |

| Organization Location/ Work Address | Name & Address of Office you believe discriminated against you |
|---|---|
| Division of Administration (DOA) Acquisition Services Branch (ASB) 1730 Pennsylvania Avenue NW, Room 4020 Washington, DC 20429 | Division of Administration (DOA) Acquisition Services Branch (ASB) 1730 Pennsylvania Avenue, NW, Washington, DC 20429 |

| Complainant's Representative (If applicable) | Attorney: ☐ YES ☒ NO |
|---|---|
| Representative's Name: Mary E. Bass | Name of Firm: N/A |
| Address: 5941 Norham Drive, Alexandria, VA 22315 | Designation of Representative Form Completed and Attached ☒ YES ☐ NO |
| | Phone: 202/942-3243 or 703/313-7691 |
| | Fax Number: 703/812-1007 |

**Basis(es) of Allegation(s)** ("X" appropriate box(es) and specify)

- ☒ RACE (Specify): Black
- ☐ DISABILITY
- ☐ GENETIC INFORMATION
- ☒ REPRISAL for participating in any stage of an administrative or judicial proceeding covered by the antidiscrimination complaint statutes or for opposing any practice made unlawful by such statutes (Specify the protected activity and date). Jury Verdict of discrimination against the FDIC 3/30/01
- ☐ COLOR
- ☐ RELIGION
- ☐ AGE  DOB:
- ☐ NATION ORIGIN
- ☐ SEXUAL ORIENTATION
- ☐ Sex
- ☐ PARENTAL STATUS

**Claim(s) being complained of** (Check appropriate box(es) and specify the date(s) the alleged discriminatory claim(s) occurred.)

| Claim(s) | Date | Claim(s) | Date | Claim(s) | Date |
|---|---|---|---|---|---|
| ☐ Appointment/Hire | | ☒ Harassment, non-sexual | 2/3/05 | ☐ Reprimand | |
| ☐ Assignment/Duty | | ☐ Harassment, sexual | | ☐ Retirement | |
| ☐ Awards | | ☐ Overtime | | ☐ Suspension | |
| ☐ Demotion | | ☐ Promotion | | ☐ Termination | |
| ☐ Disciplinary Action | | ☐ Reassignment/Transfer | | ☐ Time and Attendance | |
| ☐ Evaluation/Appraisal | | ☐ Reduction-In-Force | | ☐ Training | |
| ☐ Expiration of Appointment | | ☐ Reinstatement | | ☐ Working Conditions | |

☐ Other (Specify):

Have you raised this claim(s) in another forum (As a grievance or with the Merit System Protection Board or U.S. District Court)? ☐ YES ☒ NO
If Yes, specify the forum and give the date(s) filed: N/A

Have all alleged discriminatory matters in this complaint been discussed with a FDIC EEO Counselor? ☒ YES ☐ NO

Name of EEO Counselor: Ms. Ophelia Jones    Date you received the Notice of Right to File a Formal Complaint: 3/7/05

What corrective action are you seeking? Full retirement under FERS without penalty, at the CM-1 level, Compensatory damages of $300,000; and reasonable attorney fees.

| Complainant's Signature | Date of Complaint |
|---|---|
| Mary E. Bass | 3/11/05 |

FDIC 2710/01 (Reviewed 03/2004)    (See Page 3 for Instructions in Completing Form and Privacy Act Statement)    Page 1 of 3

**Federal Deposit Insurance Corporation**
**FORMAL COMPLAINT OF DISCRIMINATION**
**Agency Docket Number FDICEO-050030**

**CLAIM NUMBER 1**

I believe that I suffered discrimination based on [choose one or more: race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information]
_____Race (Black)_____, when on __February 3, 2005__, [Explain what happened]
         (Basis(es))                              (Date)

(Please See Attached Page(s))

[Provide names of involved management official(s) and or witnesses]

(Please See Attached Page(s))

[Explain why you believe the action was discriminatory, e.g. discriminatory statements, others who were treated more favorably, and/or any other reason(s)]

(Please See Attached Page(s))

**CLAIM NUMBER 2**
[Use same format as for Claim Number 1 above] Attach additional sheets, if necessary.

(Please See Attached Page(s))

<u>AGENCY DOCKET NUMBER: FDICEO-050030</u>
<u>COMPLAINANT: MARY E. BASS</u>
<u>DATE: MARCH 11, 2005</u>

**<u>CLAIM NUMBER 1:</u>**

Please specify issue(s): (performance, promotion, award, harassment, Annual leave restriction, etc):

Issue: Harassment Based on just Race

Please indicate the date of the alleged discriminatory event(s):

Thursday, February 3, 2005

Description of incident that occurred on Thursday, February 3, 2005:

On Thursday, February 3, 2005, during a meeting (to discuss projects in my unit) with my First and Second Level Supervisors, I, Ms. Mary E. Bass (Black Female/Complainant) alleges discrimination based on race (Black), when Ms. Ann Bridges-Steely (White Female /My Second Level Supervisor), Associate Director, Acquisition Services Branch (ASB) made a harassing and derogatory racial slur/remark by referring to me as "Missy" in front of Mr. Thomas Harris (White Male/My First Level Supervisor). My reaction to Ms. Steely, when she referred to me as "Missy" was that I responded back to her and said "OK Missy" I will take care of the work, and I walked out of her office, and proceeded back to my office. It was my belief at the time that Ms. Steely was using the word "Missy" as a derogatory racial slur towards me. This belief was confirmed, when Ms. Steely came to my office approximately 5 to 10 minutes after I left her office.

Once Ms. Steely came to my office to speak with me, and I closed my door, she proceeded to ask me how did I feel when she referred to me as "Missy", and this confirmed that she had used the term earlier as a racial slur. At that moment, my emotions went through the roof, and I could not believe she would be harassing and placing me in such a hostile work environment. All I could think of was here I go again with the FDIC, and this organization's dismal history of discrimination against minorities. I had flashed backs of my seven-year battle with this organization, and how I had to go to US District Court to fight for my rights and to be vindicated. I mentioned my prior discrimination (against the FDIC) case to Ms. Steely, and she very sarcastically stated that my discrimination case was before her coming to FDIC, and that I needed to leave the past behind. I guess she failed to realized, or just did not care, that when she called me "Missy" she brought back not only the memory of my case and why I had filed it. Worse of all, she brought back all of the very de-humanizing memories of how blacks were treated at the hands of their "Slave Masters (Massa) and Missies", during the institution of "Slavery in America". Due to individuals like Ms. Steely, Black Americans will for-ever keep re-living that past "Nightmare."

In addition, during my conversation with Ms. Steely, I discovered that she was holding a grudge against me, because of the way that I had greeted a friend (Black Female Executive), during a private conversation, before a meeting that took place on Tuesday, February 1, 2005, in FDIC's Division of Supervision and Compliance (DSC). Ms. Steely and Mr. Harris attended the meeting with me. I informed Ms. Steely that I was an adult and she could not tell me how to greet my friends.

I was so upset at the way Ms. Steely was harassing me in my office that I informed her that our relationship would be strictly business from that point on. It is my belief that Ms. Steely's actions towards me on Thursday, February 3, 2005, were pre-meditated. In other words, Ms. Steely knew exactly what she was doing. How she could used the racial slur "Missy or Missis/Missies" on me, when I had only greeted my friend in DSC, on February 1, 2005, by saying "Hi Sweetie, how are you doing today?"

On several occasions, in the past year and a half, Ms. Steely has made statements to me that have made me very uncomfortable; caused me intimidation; and has effectively created for me a hostile work environment within ASB. Ms. Steely's actions are preventing me from realizing my full potential of equally contributing to the achievement of FDIC's goals and objectives, and this is truly unfair.

## CLAIM NUMBER 2:

I believe that the above racial slur or attack was based on reprisal/retaliation for participating in judicial proceeding covered by the anti-discrimination complaint statues. In the "United States District Court for the District of Columbia (Mary Elizabeth Bass, Plaintiff, v. Donna Tanoue, Chairman, Federal Deposit Insurance Corporation, Defendant/Civil Action No. 00-0115 DAR)" a "Jury" found (verdict) that the FDIC had discrimination against me based on my race (Black/African American).

Even though Ms. Steely (White Female) was not employed with the FDIC at the time of above verdict, she informed me during on or about "October 2003/November 2003, (during meeting in her office concerning Corporate Success Awards (CSAs) Nominations) that she was informed about me and my discrimination case before she accepted the job as Associate Director, ASB, in May 2003."

During the meeting concerning CSA Nominations, Ms. Steely informed me that the other ASB Managers did not feel comfortable with me being in the upcoming meeting (meeting was scheduled to be held approximately the following week) to discuss ASB staff CSA nominations. I was appalled that she would call me into her office for such a discussion. The first thing I asked her was if Mr. David K. McDermott (White Male), Assistant Director, ASB, was one of the managers who felt uncomfortable, because if so, he was one of the managers that was found guilty of discriminating against me in "US District," and this conversation led Ms. Steely to tell me about the fact that she was informed about my discrimination case prior to her accepting the ASB job. She never told me the name or names of the ASB Managers who felt uncomfortable with me.

This is just one of several instances where Ms. Steely has harassed me prior to her racial slur against me on February 3, 2005. For example, approximately 8 months ago, on or about August 10, 2004, Ms. Steely called me into her office, because she had heard a rumor that I had told someone that she had Ms. Lynn Carr-Hawkes (Black Female) militarily deployed, because of Ms. Steely prior connection (employment) with the Defense Department. I immediately told her that I could not believe she had called me into her office for such nonsense. I told her that ASB needed pray. I was only in her office for approximately 5 minutes, and then I went back to my office.

It is my belief that Ms. Steely is trying to provoke me to act in a violent or hostile manner so that I can lose my job here at the FDIC. I do not feel comfortable around Ms. Steely. In my opinion she has been after me ever since she came to ASB in May 2003. Once again, Ms. Steely's actions are preventing me from realizing my full potential of equally contributing to the achievement of FDIC's goals and objectives and this is truly unfair to me and the "American People" that I work for.

# Federal Deposit Insurance Corporation
## FORMAL COMPLAINT OF DISCRIMINATION
### Agency Docket Number FDICEO-050030

The purpose of this form is to help you provide information necessary for processing a complaint of discrimination. Although it is preferable that you use this form, you are not required to do so; you are not limited to answering the questions on the form if there is other information you wish to provide. However, if you do not wish to use the form, your complaint must contain the information requested on the form. Your complaint, whether or not it is on the form, must bear an original signature. Each claim must have been discussed with a FDIC Equal Employment Opportunity (EEO) Counselor.

You should use this form only if you believe you have been discriminated against because of race, color, religion, sex, national origin, age, disability, sexual orientation, or retaliated against by FDIC and have presented the alleged discriminatory matter for informal resolution to an FDIC EEO Counselor within 45 days of the date the alleged discriminatory incident occurred, or if a personnel action, within 45 calendar days of its effective date.

If the alleged discriminatory matter has not been resolved to your satisfaction within 30 calendar days or within the agreed upon extension period, and no notice has been provided within that time, you have a right to file a formal complaint on the 31st day after your initial interview with an FDIC Counselor, or upon expiration of the agreed upon extension period.

The procedures for processing formal complaints of discrimination based on sexual orientation, parental status or genetic information differ from the procedures for processing complaints based on race, color, national origin, sex, age, mental disability, physical disability, religion, or reprisal, because the entitlement to file a discrimination complaint based on sexual orientation, parental status, or genetic information is not derived from EEOC regulations. Certain entitlements afforded by EEOC are not available to employees or applicants who raise complaints based on sexual orientation, parental status and genetic information. Specifically, complaints based on sexual orientation, parental status or genetic information cannot be the subject of a hearing before an Administrative Judge of the EEOC, or an appeal to the EEOC.

Upon conclusion of the counseling process, the EEO Counselor will provide you a Notice of Right to File a Formal Complaint. You have 15 calendar days from the date of your receipt of the Notice of Right to File a Formal Complaint to file a formal complaint. This time limit may be extended if you show that you were not notified of the time limit, were not otherwise aware of the time limits, or that you were prevented by circumstances beyond your control from submitting the complaint within the prescribed time limit, or for other reasons considered sufficient by the FDIC.

Your written complaint should be filed by you or by your designated representative with the Chairman of the FDIC, or Director of the Office of Diversity and Economic Opportunity (ODEO), or to the Chief, Complaints Processing Branch (ODEO). The Office of Diversity and Economic Opportunity will acknowledge receipt of the complaint and provide you information regarding the processing of your complaint.

It is your responsibility to keep ODEO informed of your current mailing address, including your whereabouts if you will be away from your current mailing address for several weeks or more. You have the right to have a representative of your own choosing at all stages in the processing of your complaint. Also, it is your responsibility to immediately inform ODEO if you retain counsel or a representative. The designation of a representative must be in writing and include the representative's name, address, and daytime phone number.

If you need help in the preparation of your complaint, you may contact an EEO Counselor. You may also seek help from a representative of your choice.

## PRIVACY ACT STATEMENT

Collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16. This information will be used to determine the timeliness of filing and to investigate and reach a determination regarding a complaint of discrimination. Other uses may include utilization of data for statistical or analytical studies. This information may be disclosed to: (1) the Equal Employment Opportunity Commission when requested in the performance of its authorized duties; (2) a congressional office in response to an inquiry made at the request of the individual to whom the record pertains; (3) the appropriate Federal, State, local agency or representative charged with enforcing or implementing a statute, rule, regulation or order, when it appears there may have been a violation or potential violation of a civil or criminal law or regulation; (4) another Federal agency, or to a court or in an administrative proceeding being conducted by a subpoena; or, (5) an authorized appeal grievance examiner, formal complaints examiner, administrative judge, EEO investigator, arbitrator or the duly authorized official engaged in the investigation or settlement of a grievance, complaint or appeal filed by an employee. The completion of this form is voluntary. However, failure to provide the requested information may lead to dismissal of your complaint.