**FDIC**

**Federal Deposit Insurance Corporation**
3501 N. Fairfax Drive (Room 801-1231), Arlington, VA 22226-3500        Office of Diversity and Economic Opportunity

March 11, 2005

<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>
# 7002 0860 0004 7269 5217

Mary E. Bass
5941 Norham Drive
Alexandria, VA 22315

        Agency Docket No.:   FDICEO-050030
        Date Filed:          March 11, 2005

Re:   Acknowledgment of Receipt of Formal Discrimination Complaint

Dear Ms. Bass:

This is to acknowledge receipt of your formal discrimination complaint that was filed with the Federal Deposit Insurance Corporation ("FDIC" or "Agency"). Your formal complaint, dated March 11, 2005, and faxed to our office on March 11, 2005, is deemed filed on the date of the facsimile.

The Office of Diversity and Economic Opportunity ("ODEO" or "Office") is in the process of reviewing your formal complaint and will notify you as to the accepted and/or dismissed claim(s). Accepted claim(s) will be forwarded for investigation after you have reviewed them. You will be advised of the name of the investigative firm and investigator assigned to conduct the investigation. The investigation is to be completed within one hundred eighty (180) calendar days of the filing date of the complaint. If the complaint is amended, or if there are multiple complaints, then the investigation needs to be completed within the earlier of: (a) 180 calendar days after the filing date of the last complaint, or (b) 360 calendar days after the filing of the original complaint. 29 C.F.R. §§ 1614.108(f) & 1614.606. The investigation time period may be extended by a written agreement for a time period of not more than ninety (90) calendar days.

You have the right to request a hearing before an EEOC Administrative Judge after 180 calendar days from the filing date or after completion of the investigation, whichever comes first. You must request a hearing directly to the U.S. EEOC, Hearings Unit, Washington Field Office; 1801 L Street, N.W., Washington, D.C. 20507. A copy of the hearing request <u>must</u> also be sent to the FDIC at the address indicated below.

Any claim(s) dismissed will be determined in accordance with and pursuant to the U.S. Equal Employment Opportunity Commission ("EEOC") regulations at 29 C.F.R. § 1614.107. If a hearing is requested, an EEOC Administrative Judge will review the partial dismissal along with the remainder of the complaint during the hearing stage. If no hearing is requested, the partial dismissal may not be appealed until a Final Agency Decision is issued by the Agency on the remainder of the complaint. 29 C.F.R. § 1614.107(b).

*Received*
*3/15/05*
*MB*

Correspondence forwarded to ODEO by regular, certified, overnight, or express mail, or in-person deliveries must to be sent to:

> FEDERAL DEPOSIT INSURANCE CORPORATION
> OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
> ATTN: MICHAEL MORAN
> COMPLAINTS PROCESSING BRANCH
> 3501 N. FAIRFAX DRIVE
> ROOM 801-1232
> ARLINGTON, VA 22226-3500

Please include Agency Docket Number FDICEO-050030 and the date filed March 11, 2005, in your correspondence and hearing request to avoid any undue delay in responding to you.

If you have any questions, please feel free to contact EEO Specialist Stephanie Gordon at (202) 416-4327 or me at (202) 416-2014.

Sincerely,

Michael P. Moran
Chief
Complaints Processing Branch

cc: Tawanna L. Greene, EEO Assistant, ODEO