March 24, 2005

5941 Norham Drive
Alexandria, VA 22315
(703) 313-7691

Federal Deposit Insurance Corporation
Office of Diversity and Economic Opportunity
Complaints Processing Branch
ATTN: Mr. Leonard J. Levy, Senior EEO Specialist
801 17th Street, NW (Room 1225)
Washington, DC 20434

        **Agency Docket No.:**   **FDICEO-050030**
        **Date Filed:**   **March 11, 2005**

RE: <u>Response (Decision) to "Partial Acceptance of Formal Discrimination Complaint, dated March 15, 2005" and "Received Via Certified Mail, Return Receipt Requested" on Monday, March 21, 2005, from the FDIC</u>

Dear Mr. Levy:

After careful review of the "Partial Acceptance of Formal Discrimination Complaint, dated March 15, 2005", received at my home, via certified mail on Monday, March 21, 2005, as it pertains to "Claim 2", I have decided to have "Claim 2" be used as background information to help in supporting my (Complainant's) accepted claim to be investigated for discrimination, under "Claim 1."

If there are any questions concerning the above statement, please feel free to contact me at either (W) 202/942-3243 or (H) 703/313-7691.

Sincerely,

*[signature]*
Ms. Mary E. Bass

Enclosure(s)

<u>**AGENCY DOCKET NUMBER: FDICEO-050030**</u>
<u>**COMPLAINANT: MARY E. BASS**</u>
<u>**DATE: MARCH 11, 2005**</u>

<u>**CLAIM NUMBER 1:**</u>

Please specify issue(s): (performance, promotion, award, harassment, Annual leave restriction, etc):

**Issue: Harassment Based on just Race**

Please indicate the date of the alleged discriminatory event(s):

**Thursday, February 3, 2005**

Description of incident that occurred on Thursday, February 3, 2005:

**On Thursday, February 3, 2005, during a meeting (to discuss projects in my unit) with my First and Second Level Supervisors, I, Ms. Mary E. Bass (Black Female/Complainant) alleges discrimination based on race (Black), when Ms. Ann Bridges-Steely (White Female /My Second Level Supervisor), Associate Director, Acquisition Services Branch (ASB) made a harassing and derogatory racial slur/remark by referring to me as "Missy" in front of Mr. Thomas Harris (White Male/My First Level Supervisor). My reaction to Ms. Steely, when she referred to me as "Missy" was that I responded back to her and said "OK Missy" I will take care of the work, and I walked out of her office, and proceeded back to my office. It was my belief at the time that Ms. Steely was using the word "Missy" as a derogatory racial slur towards me. This belief was confirmed, when Ms. Steely came to my office approximately 5 to 10 minutes after I left her office.**

**Once Ms. Steely came to my office to speak with me, and I closed my door, she proceeded to ask me how did I feel when she referred to me as "Missy", and this confirmed that she had used the term earlier as a racial slur. At that moment, my emotions went through the roof, and I could not believe she would be harassing and placing me in such a hostile work environment. All I could think of was here I go again with the FDIC, and this organization's dismal history of discrimination against minorities. I had flashed backs of my seven-year battle with this organization, and how I had to go to US District Court to fight for my rights and to be vindicated. I mentioned my prior discrimination (against the FDIC) case to Ms. Steely, and she very sarcastically stated that my discrimination case was before her coming to FDIC, and that I needed to leave the past behind. I guess she failed to realized, or just did not care, that when she called me "Missy" she brought back not only the memory of my case and why I had filed it. Worse of all, she brought back all of the very de-humanizing memories of how blacks were treated at the hands of their "Slave Masters (Massa) and Missies", during the institution of "Slavery in America". Due to individuals like Ms. Steely, Black Americans will for-ever keep re-living that past "Nightmare."**

**In addition, during my conversation with Ms. Steely, I discovered that she was holding a grudge against me, because of the way that I had greeted a friend (Black Female Executive), during a private conversation, before a meeting that took place on Tuesday, February 1, 2005, in FDIC's Division of Supervision and Compliance (DSC). Ms. Steely and Mr. Harris attended the meeting with me. I informed Ms. Steely that I was an adult and she could not tell me how to greet my friends.**

**I was so upset at the way Ms. Steely was harassing me in my office that I informed her that our relationship would be strictly business from that point on. It is my belief that Ms. Steely's actions towards me on Thursday, February 3, 2005, were pre-meditated. In other words, Ms. Steely knew exactly what she was doing. How she could used the racial slur "Missy or Missis/Missies" on me, when I had only greeted my friend in DSC, on February 1, 2005, by saying "Hi Sweetie, how are you doing today?"**

On several occasions, in the past year and a half, Ms. Steely has made statements to me that have made me very uncomfortable; caused me intimidation; and has effectively created for me a hostile work environment within ASB. Ms. Steely's actions are preventing me from realizing my full potential of equally contributing to the achievement of FDIC's goals and objectives, and this is truly unfair.

### CLAIM NUMBER 2:

I believe that the above racial slur or attack was based on reprisal/retaliation for participating in judicial proceeding covered by the anti-discrimination complaint statues. In the "United States District Court for the District of Columbia (Mary Elizabeth Bass, Plaintiff, v. Donna Tanoue, Chairman, Federal Deposit Insurance Corporation, Defendant/Civil Action No. 00-0115 DAR)" a "Jury" found (verdict) that the FDIC had discrimination against me based on my race (Black/African American).

Even though Ms. Steely (White Female) was not employed with the FDIC at the time of above verdict, she informed me during on or about "October 2003/November 2003, (during meeting in her office concerning Corporate Success Awards (CSAs) Nominations) that she was informed about me and my discrimination case before she accepted the job as Associate Director, ASB, in May 2003."

During the meeting concerning CSA Nominations, Ms. Steely informed me that the other ASB Managers did not feel comfortable with me being in the upcoming meeting (meeting was scheduled to be held approximately the following week) to discuss ASB staff CSA nominations. I was appalled that she would call me into her office for such a discussion. The first thing I asked her was if Mr. David K. McDermott (White Male), Assistant Director, ASB, was one of the managers who felt uncomfortable, because if so, he was one of the managers that was found guilty of discriminating against me in "US District," and this conversation led Ms. Steely to tell me about the fact that she was informed about my discrimination case prior to her accepting the ASB job. She never told me the name or names of the ASB Managers who felt uncomfortable with me.

This is just one of several instances where Ms. Steely has harassed me prior to her racial slur against me on February 3, 2005. For example, approximately 8 months ago, on or about August 10, 2004, Ms. Steely called me into her office, because she had heard a rumor that I had told someone that she had Ms. Lynn Carr-Hawkes (Black Female) militarily deployed, because of Ms. Steely prior connection (employment) with the Defense Department. I immediately told her that I could not believe she had called me into her office for such nonsense. I told her that ASB needed pray. I was only in her office for approximately 5 minutes, and then I went back to my office.

It is my belief that Ms. Steely is trying to provoke me to act in a violent or hostile manner so that I can lose my job here at the FDIC. I do not feel comfortable around Ms. Steely. In my opinion she has been after me ever since she came to ASB in May 2003. Once again, Ms. Steely's actions are preventing me from realizing my full potential of equally contributing to the achievement of FDIC's goals and objectives and this is truly unfair to me and the "American People" that I work for.