## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY E. BASS, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 1:06CV01345 (GK) |
| SHEILA C. BAIR, <br>   Chairwoman, <br>   Federal Deposit Insurance Corporation, | ) |
|        Defendant. | ) |

### CONSENT MOTION TO EXTEND THE SCHEDULING ORDER

Plaintiff, Mary E. Bass, by and through her undersigned counsel, hereby respectfully moves this Honorable Court for entry of an order amending the Scheduling Order and extending the remaining activity dates by one week. Counsel for all parties consent to this motion.

Plaintiff requests the additional time due to the press of other business, along with her expert witness's need for additional time. Thus, the extension of one week is supported by good cause and will not prejudice any party or the Court.

Accordingly, the parties move this Court to modify the Scheduling Order to reflect the following dates:

    Plaintiff's Rule 26(a)(2) Statements:    2/8/07

    Defendant's Rule 26(a)(2) Statements:    3/8/07

    Close of Discovery:    4/8/07

    Deadline for Dispositive Motions:    5/8/07

                        Respectfully submitted,


                    ___/S/_____
                    David H. Shapiro
                    SWICK & SHAPIRO, P.C.
                    1225 Eye Street, N.W.
                    Suite 1290
                    Washington, D.C. 20005
                    (202) 842-0300

                    Attorneys for Plaintiff

Case 1:06-cv-01345-GK    Document 18    Filed 01/31/2007    Page 3 of 3