UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY E. BASS,              ) | |
|                            ) | |
| Plaintiff,                 ) | |
|                            ) | |
| v.                         ) | Civil Action No. 1:06CV01345 (GK) |
|                            ) | |
| SHEILA C. BAIR,            ) | |
|   Chairwoman,              ) | |
|   Federal Deposit Insurance Corporation, ) | |
|                            ) | |
| Defendant.                 ) | |

## ORDER

Upon consideration of the Consent Motion to Extend the Scheduling Order, it is, by this Court, this _____ day of _____, 2007 ORDERED that the Consent Motion be, and the same hereby is GRANTED and, it is further ORDERED, that the Scheduling Order entered herein on November 17, 2006 is amended, in part, as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) Statements: | 2/8/07 |
| Defendant's Rule 26(a)(2) Statements: | 3/8/07 |
| Close of Discovery: | 4/8/07 |
| Deadline for Dispositive Motions: | 5/8/07 |

_____
United States District Judge