UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. BASS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06CV01345 (GK) |
| SHEILA C. BAIR, Chairwoman, Federal Deposit Insurance Corporation, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully moves this honorable Court for an enlargement of time up to and including February 22, 2007 in which to file her expert witness's Rule 26(a)(2) report. Plaintiff's report is currently due February 8, 2007.

The requested additional time is needed because plaintiff's expert, a Howard University professor, has been away from her office and needs more time to prepare the Rule 26(a)(2) report. Plaintiff does not anticipate a lengthy report and does not expect this additional time to delay any future deadlines. However, plaintiff will consent to a corresponding brief further extension of other deadlines if necessary for defendant.

Plaintiff's counsel attempted to contact defendant's counsel prior to the filing of this motion, but was unable to reach them.

Respectfully submitted,


_____/S/_____
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff