# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY E. BASS,          )<br>                              )<br>    Plaintiff,          )<br>                              )<br>    v.                       )<br>                              )<br>SHEILA C. BAIR,     )<br>Chairman,              )<br>Federal Deposit Insurance Corporation,  )<br>                              )<br>    Defendant.       )<br>                              ) | Case No. 1:06CV01345 |

## JOINT MOTION FOR ENLARGMENT OF TIME

Defendant Sheila C. Bair, in her official capacity as Chairman of the Federal Deposit Insurance Corporation, and Plaintiff Mary E. Bass respectfully jointly move for an enlargement of time. The parties state as follows in support of this Motion:

1. On February 9, 2007, this Court granted Plaintiff's second Motion for Enlargement of Time to file her expert witness report through and including February 22, 2007.

2. Based solely on the extension of time granted to Plaintiff, Defendant requests an extension of time for all subsequent deadlines, as described more specifically below. Additionally, Plaintiff requests an extension of time for the close of discovery and filing of dispositive motions because of Plaintiff's counsel's upcoming trial commitments in other cases, also as described more specifically below.

3. Defendant requests that the extension for certain deadlines be timed to accommodate long planned travel out of the country by Defendant's lead attorney,

Barbara Sarshik. Ms. Sarshik will be out of the country from April 12 through May 7. Ms. Sarshik originally arranged her travel schedule around the schedule for this case, so that she would be available through the close of discovery and the status conference. Additionally, Defendant's other counsel, William Jones, is required to be out of the office in California caring for an elderly parent from April 9 through 13, 2007.

4.     The close of discovery was originally scheduled for April 1, 2007, and was recently extended through April 8, 2007, based upon the Consent Motion filed by Plaintiff. On February 15, 2007, the Court sua sponte rescheduled the status conference from April 2 to April 12, 2007.

5.     As stated above, an extension of the close of discovery is needed as a result of the extension that has been granted to Plaintiff for filing her expert witness's Rule 26(a)(2) report. However, Defendant would be prejudiced if this discovery extension were limited to the two-week extension that has been granted to Plaintiff. If only a two-week extension were granted for all deadlines set forth in the Court's scheduling order, as currently amended, Ms. Sarshik would be unavailable for the last two weeks of discovery, and co-counsel Mr. Jones would be unavailable for one of the last two weeks of discovery, when it is anticipated that there could be intensive discovery activity. For this reason, Defendant requests an extension of discovery through May 24, 2007, so that the Defendant's lead attorney will be available for the last two weeks of discovery.

6.      Defendant also requests a corresponding extension for the filing of dispositive motions.[1]  That deadline is currently set for May 8, 2007, one month after the close of discovery, and would be extended to June 24, 2007 with the requested extension.

7.      Additionally, the status conference is currently scheduled for April 12, 2007.  Defendant requests that any reset date not be between April 9 and May 8, 2007 so that Defendant's counsel can be present for the status conference.

8.      Plaintiff also requests an extension of deadlines for the close of discovery, the filing of dispositive motions and the status conference because Plaintiff's counsel is scheduled to conduct four trials in this Court from March through June, 2007.  These trials are as follows:  (a) *Adams v. Mineta*, C.A. # 04-856 (RBW), is set for a jury trial to begin on March 5, 2007; (b) *Bryant v. Leavitt*, C.A. #  05-0250 (GK), is set to begin jury selection on April 13, 2007; (c) *Czekalski v. Mineta*, C.A. # 02-1403 (DAR), is set for a jury trial beginning on May 7, 2007; and (d) *Simpson v. Leavitt*, C.A. # 03-1123 (PLF), is set to begin on June 4, 2007.  Because of the time that Plaintiff's counsel will be required to spend preparing for and conducting these trials, Plaintiff's counsel may not be able to take depositions in this case until after the trial that is set to begin on June 4, 2007.

9.      In summary, this motion requests as follows:

|  | *Current Date* | *Date Requested* |
|---|---|---|
| • Defendant's Rule 26(a)(2) Statement | March 8, 2007 | March 22, 2007 (based on February 22, 2007 due date for Plaintiff's Rule 26(a)(2) Statement) |
| • Close of Discovery | April 8, 2007 | Defendant requests May 24, |

---

[1] Defendant's Motion for Summary Judgment, based on the statute of limitations, was fully briefed on January 23, 2007, and is pending before the Court.

|   |   |   |
|---|---|---|
|   |   | 2007; Plaintiff requests June 29, 2007 |
| • Dispositive Motions | May 8, 2007 | Defendant requests June 24, 2007; Plaintiff requests July 27, 2007 |
| • Status Conference | April 12, 2007 | A date not between April 9 and May 8, 2007, due to defendant's counsel's travel schedules and plaintiff's counsel's trial schedule |

Accordingly, the parties jointly request the foregoing extension of time.

Respectfully submitted,

/s/ Barbara Sarshik

---

Barbara Sarshik
D.C. Bar No. 943605
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6012)
Arlington, VA 22226
(703) 562-2309
(703) 562-2482 (Fax)

William S. Jones
Georgia Bar No. 404288
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226
(703) 562-2362
(703) 562-2482 (Fax)

Attorneys for Defendant

/s/ David H. Shapiro

---

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.

        Suite 1290
        Washington, D.C.  20005
        (202) 842-0300

        Attorneys for Plaintiff

Dated:  February 16, 2007