UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARY E. BASS,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-1345 (GK) |
| **SHEILA C. BAIR,** | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Parties' Joint Motion for Enlargement of time, it is hereby

**ORDERED**, that Defendant's Rule 26(a)(2) Statement is due **March 22, 2007**, discovery will close **June 29, 2007**, a Status Conference will be held **June 25, 2007, at 10:00 a.m.**, the presently scheduled Status Conference of April 12, 2007 is hereby **cancelled**, and dispositive motions are due **July 27, 2007**.


February 16, 2007                           /s/
                                            Gladys Kessler
                                            United States District Judge


**Copies via ECF to all counsel of record**