UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MARY E. BASS,                  )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 06-1345 (GK)
                               )
SHEILA C. BAIR,                )
                               )
          Defendant.           )
_____)
```

### ORDER

Upon consideration of the parties' representations at the Status Conference on June 25, 2007, it is hereby

**ORDERED** that discovery will close **July 31, 2007,** dispositive motions are due **August 31, 2007,** a Pretrial Conference shall be held on **March 17, 2008** at **4:15 p.m.,** and trial shall commence on **April 21, 2008** at **10:00 a.m.**

June 25, 2007                         /s/
                                      Gladys Kessler
                                      United States District Judge

**Copies to: Attorneys of record via ECF**