UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. BASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01345 |
| ) | |
| SHEILA C. BAIR, ) | |
| Chairman, ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Sheila C. Bair, in her official capacity as Chairman of the Federal Deposit Insurance Corporation, respectfully moves for an extension of time of twenty-eight (28) days in which to file her Motion for Summary Judgment. Defendant states as follow in support of this Motion:

1. Defendant's Motion for Summary Judgment is currently due to be filed on or before August 31, 2007. With the requested extension, the Defendant's Motion for Summary Judgment would be due on or before September 28, 2007.

2. The requested extension is needed to provide adequate time to prepare the Defendant's Motion for Summary Judgment. Counsel for Defendant has not yet received transcripts of three depositions of present and former FDIC officials that were taken by Plaintiff during the last week of July, which transcripts will be essential to Defendant in preparing her Motion for Summary Judgment. Additionally, additional time is needed to arrange for supporting Declarations to be prepared and signed by Declarants.

3.      Counsel for the Plaintiff has stated that Plaintiff does not oppose the requested extension.

Accordingly, the FDIC respectfully requests that this Court grant the FDIC an extension of time in the amount of twenty-eight (28) days from the current due date, to and including September 28, 2007.

                                                Respectfully submitted,

                                                /s/ Barbara Sarshik
                                                _____
                                                Barbara Sarshik
                                                D.C. Bar No. 943605
                                                Counsel, Legal Division
                                                Federal Deposit Insurance Corporation
                                                3501 N. Fairfax Drive (VS-E6012)
                                                Arlington, VA 22226
                                                (703) 562-2309
                                                (703) 562-2482 (Fax)

                                                William S. Jones
                                                Georgia Bar No. 404288
                                                Counsel, Legal Division
                                                Federal Deposit Insurance Corporation
                                                3501 N. Fairfax Drive (VS-E6006)
                                                Arlington, VA 22226
                                                (703) 562-2362
                                                (703) 562-2482 (Fax)

                                                Attorneys for Defendant

Dated:  August 6, 2007