## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARY E. BASS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:06CV01345 |
| | ) |
| **SHEILA C. BAIR,** | ) |
| **Chairman,** | ) |
| **Federal Deposit Insurance Corporation,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for an Extension of Time, it is hereby

ORDERED that Defendant's Motion is hereby GRANTED, and it is further

ORDERED that the Defendant's Motion for Summary Judgment will be due on or before September 28, 2007.

SO ORDERED.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE