# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARY E. BASS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:06CV01345 |
| | ) |
| **SHEILA C. BAIR,** | ) |
| **Chairman,** | ) |
| **Federal Deposit Insurance Corporation,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION of Defendant's Second Motion for Summary Judgment, the opposition thereto, the reply, and the entire record herein, it is this _____ day of _____, 200\_,

ORDERED that Defendant's Motion is hereby GRANTED, and it is further

ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE