# ERRATA

In re:   Mary Bass v. Sheila C. Bair

Case No:   1:06CV01345          Date Taken:   July 24, 2007

Deposition of:       Glen Victor Bjorklund

I hereby certify I have read my deposition and that it is accurate with the exception of corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 8 | 6 | $213 | $213,000 |
| 9 | 16 (and throughout transcript) | Keay | Kea |
| 9 | 21 | Barinzi | Bovenzi |
| 12 | 3 | relevant | irrelevant |
| 13 | 15-16 | Torrido | Torrado |
| 13 | 20 | Robino | Rubino |
| 14 | 15 | Robino | Rubino |
| 23 | 1 | "Bit about her--" | "About her--" |
| 52 | 12 | I said she was going to complain about me. | I said she said that Mary was going to complain about me (Ann). |
|  |  |  |  |
|  |  |  |  |

Deponent Signature: _[signature]_          Date: 9/25/07