UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. BASS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHEILA C. BAIR, )<br>Chairman, )<br>Federal Deposit Insurance Corporation, )<br>)<br>Defendant. )<br>) | Case No. 1:06CV01345 |

## DECLARATION OF DONNA GAMBRELL

I, Donna Gambrell, declare as follows:

1. My name is Donna Gambrell. I have personal knowledge of the facts contained herein, and I am competent to testify to the same.

2. I am Deputy Director for Compliance and Consumer Protection, Division of Supervision and Consumer Protection, at the Federal Deposit Insurance Corporation ("FDIC"). In this capacity, I have coordinated on contracting matters with the FDIC's Acquisition Services Branch. Specifically, I coordinated on some of those matters directly with the Divisional Contracting Unit of the Acquisition Services Branch in 2004 and 2005, during the time that Mary Bass was the Chief of that unit.

3. I do not consider myself to be personal friends with Ms. Bass. Although my interactions with Ms. Bass have always been cordial, they have been limited to work matters and have taken place exclusively during work hours and at the office.

4. I experienced delays with Ms. Bass' unit in getting contracts finalized, although I do not specifically recall whether the delays were directly attributable to Ms. Bass.

5. I have been informed that Ms. Bass claims that the word "Missy" is a racially derogatory term, when uttered by a Caucasian person to someone who is African American. I am African American, and I am unaware that the word "Missy" has racial meaning. When engaged in casual conversation, I have sometimes used the word "Missy" as an informal way of addressing another woman, without regard to whether she is African American, Caucasian or any other race.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct.

Executed in Washington, D.C. on

September 19, 2007
Date

Donna Gambrell