## ERRATA

In re:  Mary Bass v. Sheila C. Bair

Case No:     1:06CV01345          Date Taken:   May 30, 2007

Deposition of:     Thomas Dunn Harris

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 14 | 22 | SAMSA | SAMDA |
| 23 | 7 | Associates | Sons |
| 38 | 4 | Yes. | Yes, except her title is Associate Director. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Deponent Signature: _____  Date: 9/21/07