DIVERSIFIED REPORTING SERVICES, INC.
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200   Fax: (202) 296-3468

# ERRATA

In Re:   Mary Bass                    v   Sheila C. Bair

Case No.   1:06CV01345                    Date Taken   July 27, 2007

Disposition Of:   Ann Bridges Steely

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 75 | 22 (and throughout transcript) | Gambrel | Gambrell |
| 76 | 4 | I understand | I didn't understand |
| 91 | 21 | pin tin | point in |
| 93 | 8 | ODO | ODEO |
| 96 | 18 | reenforce | reinforce |
| 103 | 17 | business contract issue. | business contract issues. |
| 108 | 12 | Nina Jandaleo | Nina, Jan Deleo |
| 112 | 13 | would reviewed | would have reviewed |
| 118 | 7 | that | what |
| 119 | 6 | about | hot |
| 134 | 1 | has | ask |
| 142 | 14 | Upton-Kea | Upton Kea |
| 150 | 4 | disrespectful | respectful |
|  |  |  |  |
|  |  |  |  |

Deponent Signature: [signature]                Date: 9/19/07

Bass v. Bair, No. 1:06-cv-01345-GK
Exhibit 10-2