UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. BASS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHEILA C. BAIR,<br>Chairman,<br>Federal Deposit Insurance Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:06CV01345<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF ANDREA L. WOOLFORD

I, Andrea L. Woolford, declare as follows:

1. My name is Andrea Woolford. I have personal knowledge of the facts contained herein, and I am competent to testify to the same.

2. I am Assistant Director of Planning and Resource Management for the Division of Insurance and Research at the Federal Deposit Insurance Corporation ("FDIC"). In this capacity, I have coordinated on contracting matters with the FDIC's Acquisition Services Branch. Specifically, I coordinated on some of those matters directly with the Divisional Contracting Unit of the Acquisition Services Branch in 2004 and 2005, during the time that Mary Bass was the Chief of that unit.

3. I experienced substantial delays with Ms. Bass' unit in getting contracts finalized during the time that she was the Chief of the unit. I discussed these delays with Ann Bridges Steely, Ms. Bass' second-level supervisor, on at least three occasions. On one of

these occasions, February 1, 2005, I called Ms. Steely and expressed significant frustration about my dealings with Ms. Bass and one of her subordinates.

4. I have been informed that Ms. Bass claims that the word "Missy" is a racially derogatory term. I am African American, and I am unaware that the word "Missy" has any racial meaning. When I am engaged in casual conversation with others, they or I sometimes use the word "Missy" as an informal way of addressing another woman, without regard to whether she is African American, Caucasian or any other race.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct.

Executed in Washington, D.C. on

___9/24/07___  
Date

_____  
Andrea L. Woolford