# ERRATA

In re:   Mary Bass v. Sheila C. Bair

Case No:       1:06CV01345            Date Taken:    July 24, 2007

Deposition of:      Andrea L. Woolford

I hereby certify I have read my deposition and that it is accurate with the exception of the corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 6    | 3    | (301) 804-8508 | (301) 805-8508 |
| 12   | 2    | it             | bank      |
| 12   | 3    | risk           | risks     |
| 16   | 1    | Merton         | Murton    |
| 16   | 2    | Merton         | Murton    |
| 27   | 10   | look           | looked    |
| 58   | 1    | timeliness     | timelines |
| 67   | 20   | can't          | can       |
|      |      |                |           |

Deponent Signature: _____    Date: 9/27/07