IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY ELIZABETH BASS,         ) | |
| )                            | |
| Plaintiff,     )             | Case No. 1:00CV00115 (DAR) |
| )                            | |
| v.             )             | |
| )                            | |
| DONNA A. TANOUE, CHAIRMAN,   ) | **FILED** |
| FEDERAL DEPOSIT INSURANCE    ) | |
| CORPORATION                  ) | FEB 10 2003 |
| )                            | |
| Defendant.    )              | NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Pursuant to this Court's opinion of January 31, 2003 and the subsequent order of the U.S. Court of Appeals remanding the appeal in this case, Bass v. Powell, No. 02-5027 (D.C. Cir.) (order entered February 6, 2003), it is hereby ORDERED that this Court's order and judgments of March 30, 2001 and December 21, 2001 are VACATED and this action is DISMISSED WITH PREJUDICE.

Dated: February 10, 2003

_____
DEBORAH A. ROBINSON
MAGISTRATE JUDGE

