UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY E. BASS, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-cv-01345 |
| SHEILA C. BAIR, <br>   Chairwoman, <br>   Federal Deposit Insurance Corporation, | ) |
|         Defendant. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully requests an enlargement of time in order to file an Opposition to Defendant's Motion for Summary Judgment. Defendant requested and was granted an enlargement of time to file a Motion for Summary Judgment that resulted in a due date of October 1, 2007. The reason for plaintiff's motion is that the defendant's extension of time resulted in a due date for plaintiff's opposition that cannot be met due to the press of other work including, but not limited to, preparation for a two week trial beginning the first week of November. As such, the parties agreed that once defendant's deadline was extended, plaintiff would have additional time in which to file a response. Therefore, plaintiff requests until November 16, 2007 to respond to Defendant's Motion for Summary Judgment. Plaintiff's opposition is currently due October 15, 2007.

Counsel for defendant indicated that defendant consents to the enlargement of time sought in this motion. The parties have also agreed that Defendant will have until December 3,

2007 to file a reply to plaintiff's opposition.

Conclusion

For the foregoing reason, plaintiff respectfully urges this honorable Court to grant this consent motion and enlarge the time for plaintiff's response to Defendant's Motion for Summary Judgment to and including November 16, 2007.

Respectfully submitted,

/s/
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300
FAX (202) 842-1418
email -- dhshapiro@swickandshapiro.com

Attorney for Plaintiff