UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY E. BASS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-cv-01345 |
| SHEILA C. BAIR, Chairwoman, Federal Deposit Insurance Corporation, | ) |
| Defendant. | ) |

**O R D E R**

UPON CONSIDERATION of plaintiff's consent motion for an enlargement to file the opposition to defendant's motion for summary judgement, it is by the Court on this ___ day of October, 2007, hereby

**ORDERED** that plaintiff's consent motion for an enlargement of time in which to file the opposition to defendant's motion for summary judgement, up to and including Friday, November 16, 2007, is hereby GRANTED.

**IT IS FURTHER ORDERED** that plaintiff will file the opposition to defendant's motion for summary judgement by November 16, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street N.W.
Suite 1290
Washington, D.C. 20005

Barbara Sarshik
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E60012)
Arlington, VA 22226