UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
MARY E. BASS,                 )
                              )
            Plaintiff,        )
                              )
     v.                       )   Civil Action No. 06-1345 (GK)
                              )
SHEILA C. BAIR,               )
Chairman, Federal Deposit     )
Insurance Corporation,        )
                              )
            Defendant.        )
_____)
```

## ORDER

Plaintiff Mary E. Bass brings this action alleging racial discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., against Sheila C. Bair, Chairman of the Federal Deposit Insurance Corporation. This matter is before the Court on Defendant's First Motion for Summary Judgment. [**Dkt. No. 14**]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's First Motion for Summary Judgment [**Dkt. No. 14**] is **granted.**

This is a final appealable Order. See Fed. R. App. P. 4(a).

October 16, 2007
/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**